PHILLIPS NIZER LLP

485 Lexington Ave
New York, NY 10017-2643
212.977.9700
Fax 212.262.5152

Continental Plaza
433 Hackensack Avenue
Suite 803
Hackensack, NJ 07601
201.487.3700

www.phillipsnizer.com

New York • New Jersey

Leah Frankel
212-841-1344
lfrankel@phillipsnizer.com

April 28, 2022

*Via ECF*

The Honorable Loretta A. Preska
United Stated District Judge
Southern District of New York
500 Pearl Street, Room 2220
New York, New York 10007

Re:   *Savino Del Bene France S.A.S. v. Pamplemousse Design Inc., 22-cv-01541 (LAP)*

Dear Judge Preska:

Phillips Nizer LLP represents the defendant in the above-captioned action. At the initial conference for this case, held by Your Honor on April 26, 2022, the parties advised the Court that, to facilitate settlement discussions, counsel for the plaintiff would provide me with additional documentation to support the plaintiff's claims. Your Honor then directed the parties to file a joint letter by May 3, 2022 to advise the Court as to the parties' settlement positions and the status of the case.

On the night of April 26th, counsel for the plaintiff provided me with approximately 100 pages of documents. It will take some time to evaluate them and compare them with my client's records. Also, I learned yesterday that the defendant's principal is out of town this week with limited access to email and to her records.

Defendant submits this letter to request an extension of the parties' time to submit the joint letter to the Court to May 13, 2022. There have been no previous requests for an extension of time and counsel for the plaintiff consents to this request. There are no other scheduled dates in this case that would be affected by this extension.

SO ORDERED.
Dated:      April 28, 2022
            New York, New York

Respectfully submitted,

*/s/ Leah Frankel*
Leah Frankel

cc: Counsel for the plaintiff via ECF

3389982.1

LORETTA A. PRESKA
Senior United States District Judge